| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Herrera, Judith C. | 2. Court or Organization<br><br>U.S. District Court, NM | 3. Date of Report<br><br>03/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 2085<br>Santa Fe, NM 87504-2085 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE<br>2009 MAY 15 A 11. 28<br>RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Office Building - Rental Property #1 | N |
| 2. Charles Schwab | Margin Account | None |
| 3. Charles Schwab | Margin Account | None |
| 4. Las Campanas Limited Partnership | Lot | M |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | K | T | | | | | |
| 2. Rental Property #1 Santa Fe, NM Purch. 0 3/30/94 $516,642. | G | Rent | P1 | W | | | | | |
| 3. ▇▇▇ Prtnrship #1 Santa Fe, NM | E | Interest | P1 | W | | | | | |
| 4. | | | | | | | | | |
| 5. Lines 6 thru 173 below are Charles Schwab account. | | | | | | | | | |
| 6. Janus Overseas Fund | | None | | | Sold | 1/16 | L | - | |
| 7. Metzler/Payden European Emerging Markets Fund | | None | | | Sold | 1/16 | L | | |
| 8. Apple Inc | | None | | | Buy (add'l) | 1/16 | J | | |
| 9. | | | | | Buy (add'l) | 1/22 | J | | |
| 10. | | | | | Buy (add'l) | 1/23 | K | | |
| 11. | | | | | Buy (add'l) | 1/24 | J | | |
| 12. | | | | | Buy (add'l) | 1/28 | J | | |
| 13. | | | | | Buy (add'l) | 3/3 | J | | |
| 14. | | | | | Buy (add'l) | 3/5 | J | | |
| 15. | | | | | Buy (add'l) | 4/22 | J | | |
| 16. | | | | | Buy (add'l) | 6/2 | J | | |
| 17. | | | | | Buy (add'l) | 6/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 6/9 | J | | |
| 19. | | | | | Buy (add'l) | 7/18 | J | | |
| 20. | | | | | Buy (add'l) | 7/21 | J | | |
| 21. | | | | | Buy (add'l) | 7/22 | J | | |
| 22. | | | | | Buy (add'l) | 7/30 | J | | |
| 23. | | | | | Buy (add'l) | 8/29 | J | | |
| 24. | | | | | Buy (add'l) | 9/2 | J | | |
| 25. | | | | | Buy (add'l) | 9/4 | J | | |
| 26. | | | | | Buy (add'l) | 9/8 | J | | |
| 27. | | | | | Buy (add'l) | 9/15 | J | | |
| 28. | | | | | Buy (add'l) | 9/22 | J | | |
| 29. | | | | | Sold | 9/23 | M | | |
| 30. | | | | | Buy | 10/7 | K | | |
| 31. | | | | | Sold | 10/8 | K | | |
| 32. | | | | | Buy | 10/27 | K | | |
| 33. | | | | | Buy (add'l) | 12/15 | J | | |
| 34. Celanese Corp | A | Dividend | | | Sold | 1/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C.      .      | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Chesapeake Energy Corp | A | Dividend | | | Buy | 3/25 | J | | |
| 36. | | | | | Buy (add'l) | 4/10 | J | | |
| 37. | | | | | Buy (add'l) | 4/23 | J | | |
| 38. | | | | | Buy (add'l) | 5/15 | J | | |
| 39. | | | | | Buy (add'l) | 5/19 | J | | |
| 40. | | | | | Buy (add'l) | 5/21 | J | | |
| 41. | | | | | Buy (add'l) | 5/23 | J | | |
| 42. | | | | | Buy (add'l) | 7/2 | K | | |
| 43. | | | | | Buy (add'l) | 8/7 | J | | |
| 44. | | | | | Buy (add'l) | 8/8 | J | | |
| 45. | | | | | Sold | 8/15 | K | | |
| 46.   Citigroup Inc | | None | | | Buy (add'l) | 1/3 | J | | |
| 47. | | | | | Sold | 1/15 | J | | |
| 48.   First Solar Inc | | None | | | Buy | 4/9 | J | | |
| 49. | | | | | Buy (add'l) | 4/24 | J | | |
| 50. | | | | | Sold | 5/1 | J | | |
| 51.   Fluor Corporation | A | Dividend | | | Buy | 5/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 5/28 | J | | |
| 53. | | | | | Buy (add'l) | 5/29 | J | | |
| 54. | | | | | Buy (add'l) | 6/2 | J | | |
| 55. | | | | | Sold | 7/22 | J | | |
| 56. Foster Wheeler Corporation | | None | | | Buy (add'l) | 2/21 | J | | |
| 57. | | | | | Buy (add'l) | 2/26 | J | | |
| 58. | | | | | Buy (add'l) | 2/27 | J | | |
| 59. | | | | | Buy (add'l) | 3/26 | J | | |
| 60. | | | | | Sold | 5/01 | K | | |
| 61. | | | | | Buy | 11/5 | J | | |
| 62. | | | | | Sold | 11/11 | J | | |
| 63. Freeport McMoran Copper | A | Dividend | | | Sold | 1/23 | K | | |
| 64. Google | | None | | | Buy | 4/17 | J | | |
| 65. | | | | | Sold | 4/22 | J | | |
| 66. | | | | | Buy | 10/27 | K | | |
| 67. | | | | | Buy (add'l) | 11/10 | J | | |
| 68. Holly Corp | | None | | | Buy | 5/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 5/13 | J | | |
| 70. | | | | | Sold | 5/19 | J | | |
| 71. Humana Inc | | None | | | Buy | 3/12 | J | | |
| 72. | | | | | Buy (add'l) | 3/14 | J | | |
| 73. | | | | | Sold | 3/24 | J | | |
| 74. Intel Corp | A | Dividend | | | Buy | 1/16 | J | | |
| 75. | | | | | Sold | 2/25 | J | | |
| 76. Intuitive Surgical | | None | | | Buy | 4/18 | J | | |
| 77. | | | | | Buy (add'l) | 4/21 | J | | |
| 78. | | | | | Buy (add'l) | 4/22 | J | | |
| 79. | | | | | Sold | 6/6 | J | | |
| 80. Lehman Bros Holding Inc | | None | | | Buy | 7/11 | J | | |
| 81. | | | | | Sold | 7/22 | J | | |
| 82. McDermott Intl Inc. | | None | | | Buy (add'l) | 4/30 | J | | |
| 83. | | | | | Buy (add'l) | 5/1 | J | | |
| 84. | | | | | Sold (part) | 8/4 | L | | |
| 85. | | | | | Buy (add'l) | 8/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 8/7 | J | | |
| 87. | | | | | Buy (add'l) | 8/8 | J | | |
| 88. | | | | | Buy (add'l) | 8/12 | J | | |
| 89. | | | | | Sold | 8/15 | K | | |
| 90. | | | | | Buy | 9/19 | K | | |
| 91. | | | | | Sold | 9/23 | J | | |
| 92. | | | | | Buy | 10/6 | K | | |
| 93. | | | | | Sold | 10/7 | K | | |
| 94. | | | | | Buy | 10/24 | K | | |
| 95. | | | | | Buy (add'l) | 10/27 | K | | |
| 96. | | | | | Buy (add'l) | 11/3 | J | | |
| 97. | | | | | Sold | 11/11 | K | | |
| 98. Manitowoc Company Inc | | None | | | Sold | 1/16 | K | | |
| 99. Masimo Corp | | None | | | Buy (add'l) | 1/22 | J | | |
| 100. | | | | | Buy (add'l) | 1/25 | J | | |
| 101. | | | | | Sold (part) | 2/08 | J | | |
| 102. | | | | | Sold | 2/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MEMC Electronic Materials | | None | | | Buy (add'l) | 1/16 | J | | |
| 104. | | | | | Buy (add'l) | 1/24 | J | | |
| 105. | | | | | Buy (add'l) | 1/28 | J | | |
| 106. | | | | | Buy (add'l) | 3/27 | J | | |
| 107. | | | | | Sold (part) | 4/18 | J | | |
| 108. | | | | | Sold (part) | 4/22 | J | | |
| 109. | | | | | Sold (part) | 4/23 | K | | |
| 110. | | | | | Sold | 4/28 | K | | |
| 111. Occidental Petroleum Corp | A | Dividend | | | Buy | 5/7 | J | | |
| 112. | | | | | Buy (add'l) | 6/3 | J | | |
| 113. | | | | | Buy (add'l) | 6/18 | J | | |
| 114. | | | | | Sold | 7/3 | J | | |
| 115. Open Joint STock Company ADRF | A | Dividend | | | Buy (add'l) | 1/16 | J | | |
| 116. | | | | | Sold | 5/1 | K | | |
| 117. Petroleo Brasileiro | A | Dividend | | | Buy | 1/3 | J | | |
| 118. | | | | | Buy (add'l) | 1/16 | J | | |
| 119. | | | | | Buy (add'l) | 2/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 2/8 | J | | |
| 121. | | | | | Buy (add'l) | 2/29 | J | | |
| 122. | | | | | Buy (add'l) | 3/4 | J | | |
| 123. | | | | | Buy (add'l) | 3/26 | J | | |
| 124. | | | | | Buy (add'l) | 4/16 | J | | |
| 125. | | | | | Buy (add'l) | 4/23 | J | | |
| 126. | | | | | Buy (add'l) | 5/1 | J | | |
| 127. | | | | | Buy (add'l) | 7/10 | J | | |
| 128. | | | | | Sold (part) | 7/18 | J | | |
| 129. | | | | | Sold | 7/24 | K | | |
| 130. Precision Castparts Corp | A | Dividend | | | Buy (add'l) | 1/22 | J | | |
| 131. | | | | | Buy (add'l) | 1/28 | J | | |
| 132. | | | | | Buy (add'l) | 2/8 | J | | |
| 133. | | | | | Buy (add'l) | 2/25 | J | | |
| 134. | | | | | Sold (part) | 3/13 | J | | |
| 135. | | | | | Sold | 3/24 | K | | |
| 136. Research in Motion Ltd | | None | | | Buy | 10/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/7 | K | | |
| 138. Quintana Maritime | | None | | | Sold | 1/16 | J | | |
| 139. Southern Copper Corp | | None | | | Sold | 1/16 | J | | |
| 140. Schlumberger Ltd | A | Dividend | | | Buy | 1/18 | J | | |
| 141. | | | | | Sold | 3/4 | J | | |
| 142. CIA Siderurgica SPN ADRF | A | Dividend | | | Buy | 4/10 | J | | |
| 143. | | | | | Buy (add'l) | 4/23 | J | | |
| 144. | | | | | Buy (add'l) | 5/1 | J | | |
| 145. | | | | | Buy (add'l) | 5/2 | J | | |
| 146. | | | | | Sold | 7/2 | K | | |
| 147. Terra Industries Inc | A | Dividend | | | Buy (add'l) | 1/16 | J | | |
| 148. | | | | | Buy (add'l) | 2/27 | J | | |
| 149. | | | | | Buy (add'l) | 2/29 | J | | |
| 150. | | | | | Buy (add'l) | 3/04 | J | | |
| 151. | | | | | Buy (add'l) | 4/2 | J | | |
| 152. | | | | | Buy (add'l) | 4/16 | J | | |
| 153. | | | | | Sold (part) | 5/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 5/8 | J | | |
| 155. | | | | | Buy (add'l) | 5/21 | J | | |
| 156. | | | | | Buy (add'l) | 7/24 | J | | |
| 157. | | | | | Buy (add'l) | 7/25 | J | | |
| 158. | | | | | Buy (add'l) | 8/4 | J | | |
| 159. | | | | | Sold | 9/4 | K | | |
| 160. Thornburg Mortgage Inc | | None | | | Buy | 3/6 | J | | |
| 161. | | | | | Buy (add'l) | 3/7 | J | | |
| 162. | | | | | Buy (add'l) | 3/11 | J | | |
| 163. | | | | | Buy (add'l) | 3/12 | J | | |
| 164. | | | | | Buy (add'l) | 3/13 | J | | |
| 165. | | | | | Sold (part) | 5/1 | J | | |
| 166. | | | | | Sold | 6/13 | J | | |
| 167. Transocean Inc | | None | | | Buy (add'l) | 1/29 | J | | |
| 168. | | | | | Buy (add'l) | 2/1 | J | | |
| 169. | | | | | Buy (add'l) | 2/21 | J | | |
| 170. | | | | | Sold | 3/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Herrera, Judith C. | – | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Yahoo Inc | | None | | | Buy | 2/11 | K | | |
| 172. | | | | | Sold (part) | 2/27 | J | | |
| 173. | | | | | Sold | 3/4 | J | | |
| 174. | | | | | | | | | |
| 175. Herrera, Long, Pound & Korner Profit Sharing Plan | A | Distribution | K | T | | | | | |
| 176. Bank of America Profit SharingPlan | A | Interest | J | T | | | | | |
| 177. Ameriprise Financial RVS Large Cap Equity Fund | | None | K | T | | | | | |
| 178. NW Mutual Life Ins. ▇▇▇ | | None | K | T | | | | | |
| 179. NW Mutual Life Ins. ▇▇▇ | | None | L | T | | | | | |
| 180. NW Mutual Life Ins. ▇▇▇ | | None | L | T | | | | | |
| 181. NW Mutual Life Ins. ▇▇▇ | | None | L | T | | | | | |
| 182. Fidelity Select Teleco | | None | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. ING Life Ins & Annuity Co ▇▇▇ | F | Distribution | | | Distributed | 7/22 | L | | |
| 185. Ameriprise Financial RVS Large Cap Equity Fund ▇▇▇ | | None | J | T | | | | | |
| 186. NW Mutual Variable Extra Ordinary Life ▇▇▇ ▇▇▇ | | None | K | T | | | | | |
| 187. NW Mutual Variable Extra Ordinary Life ▇▇▇) ▇▇▇ | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NW Mutual Variable Extra Ordinary Life ▬▬▬ ▬▬▬ | | None | J | T | | | | | |
| 189. Long, Pound & Korner Profit Sharing Plan (RVS Large Cap) | D | Distribution | | | Distributed | 2/04 | J | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Herrera, Judith C. | 2. Court or Organization  U.S. District Court, NM | 3. Date of Report  03/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States District Court P.O. Box 2085 Santa Fe, NM 87504-2085 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Office Building - Rental Property #1 | N |
| 2. Charles Schwab | Margin Account | None |
| 3. Charles Schwab | Margin Account | None |
| 4. Las Campanas Limited Partnership | Lot | M |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | K | T | | | | | |
| 2. Rental Property #1 Santa Fe, NM Purch. 0 3/30/94 $516,642. | G | Rent | P1 | W | | | | | |
| 3. ████ Prtnrship #1 Santa Fe, NM | E | Interest | P1 | W | | | | | |
| 4. | | | | | | | | | |
| 5. Lines 6 thru 173 below are Charles Schwab account. | | | | | | | | | |
| 6. Janus Overseas Fund | | None | | | Sold | 1/16 | L | | |
| 7. Metzler/Payden European Emerging Markets Fund | | None | | | Sold | 1/16 | L | | |
| 8. Apple Inc | | None | | | Buy (add'l) | 1/16 | J | | |
| 9. | | | | | Buy (add'l) | 1/22 | J | | |
| 10. | | | | | Buy (add'l) | 1/23 | K | | |
| 11. | | | | | Buy (add'l) | 1/24 | J | | |
| 12. | | | | | Buy (add'l) | 1/28 | J | | |
| 13. | | | | | Buy (add'l) | 3/3 | J | | |
| 14. | | | | | Buy (add'l) | 3/5 | J | | |
| 15. | | | | | Buy (add'l) | 4/22 | J | | |
| 16. | | | | | Buy (add'l) | 6/2 | J | | |
| 17. | | | | | Buy (add'l) | 6/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 6/9 | J | | |
| 19. | | | | | Buy (add'l) | 7/18 | J | | |
| 20. | | | | | Buy (add'l) | 7/21 | J | | |
| 21. | | | | | Buy (add'l) | 7/22 | J | | |
| 22. | | | | | Buy (add'l) | 7/30 | J | | |
| 23. | | | | | Buy (add'l) | 8/29 | J | | |
| 24. | | | | | Buy (add'l) | 9/2 | J | | |
| 25. | | | | | Buy (add'l) | 9/4 | J | | |
| 26. | | | | | Buy (add'l) | 9/8 | J | | |
| 27. | | | | | Buy (add'l) | 9/15 | J | | |
| 28. | | | | | Buy (add'l) | 9/22 | J | | |
| 29. | | | | | Sold | 9/23 | M | | |
| 30. | | | | | Buy | 10/7 | K | | |
| 31. | | | | | Sold | 10/8 | K | | |
| 32. | | | | | Buy | 10/27 | K | | |
| 33. | | | | | Buy (add'l) | 12/15 | J | | |
| 34. Celanese Corp | A | Dividend | | | Sold | 1/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chesapeake Energy Corp | A | Dividend | | | Buy | 3/25 | J | | |
| 36. | | | | | Buy (add'l) | 4/10 | J | | |
| 37. | | | | | Buy (add'l) | 4/23 | J | | |
| 38. | | | | | Buy (add'l) | 5/15 | J | | |
| 39. | | | | | Buy (add'l) | 5/19 | J | | |
| 40. | | | | | Buy (add'l) | 5/21 | J | | |
| 41. | | | | | Buy (add'l) | 5/23 | J | | |
| 42. | | | | | Buy (add'l) | 7/2 | K | | |
| 43. | | | | | Buy (add'l) | 8/7 | J | | |
| 44. | | | | | Buy (add'l) | 8/8 | J | | |
| 45. | | | | | Sold | 8/15 | K | | |
| 46. Citigroup Inc | | None | | | Buy (add'l) | 1/3 | J | | |
| 47. | | | | | Sold | 1/15 | J | | |
| 48. First Solar Inc | | None | | | Buy | 4/9 | J | | |
| 49. | | | | | Buy (add'l) | 4/24 | J | | |
| 50. | | | | | Sold | 5/1 | J | | |
| 51. Fluor Corporation | A | Dividend | | | Buy | 5/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C.       -  | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting eriod | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 5/28 | J | | |
| 53. | | | | | Buy (add'l) | 5/29 | J | | |
| 54. | | | | - | Buy (add'l) | 6/2 | J | | |
| 55. | | | | | Sold | 7/22 | J | | |
| 56.  Foster Wheeler Corporation | | None | | | Buy (add'l) | 2/21 | J | | |
| 57. | | | | | Buy (add'l) | 2/26 | J | | |
| 58. | ... | | | | Buy (add'l) | 2/27 | J | | |
| 59. | | | | | Buy (add'l) | 3/26 | J | | |
| 60. | | | | | Sold | 5/01 | K | | |
| 61. | | | | | Buy | 11/5 | J | | |
| 62. | | | | | Sold | 11/11 | J | | |
| 63.  Freeport McMoran Copper | A | Dividend | | | Sold | 1/23 | K | | |
| 64.  Google | | None | | | Buy | 4/17 | J | | |
| 65. | | | | | Sold | 4/22 | J | | |
| 66. | | | | | Buy | 10/27 | K | | |
| 67. | | | | | Buy (add'l) | 11/10 | J | | |
| 68.  Holly Corp | | None | | | Buy | 5/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P4 =More than $50,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 5/13 | J | | |
| 70. | | | | | Sold | 5/19 | J | | |
| 71. Humana Inc | | None | | | Buy | 3/12 | J | | |
| 72. | | | | | Buy (add'l) | 3/14 | J | | |
| 73. | | | | | Sold | 3/24 | J | | |
| 74. Intel Corp | A | Dividend | | | Buy | 1/16 | J | | |
| 75. | | | | | Sold | 2/25 | J | | |
| 76. Intuitive Surgical | | None | | | Buy | 4/18 | J | | |
| 77. | | | | | Buy (add'l) | 4/21 | J | | |
| 78. | | | | | Buy (add'l) | 4/22 | J | | |
| 79. | | | | | Sold | 6/6 | J | | |
| 80. Lehman Bros Holding Inc | | None | | | Buy | 7/11 | J | | |
| 81. | | | | | Sold | 7/22 | J | | |
| 82. McDermott Intl Inc. | | None | | | Buy (add'l) | 4/30 | J | | |
| 83. | | | | | Buy (add'l) | 5/1 | J | | |
| 84. | | | | | Sold (part) | 8/4 | L | | |
| 85. | | | | | Buy (add'l) | 8/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 8/7 | J | | |
| 87. | | | | | Buy (add'l) | 8/8 | J | | |
| 88. | | | | | Buy (add'l) | 8/12 | J | | |
| 89. | | | | | Sold | 8/15 | K | | |
| 90. | | | | | Buy | 9/19 | K | | |
| 91. | | | | | Sold | 9/23 | J | | |
| 92. | | | | | Buy | 10/6 | K | | |
| 93. | | | | | Sold | 10/7 | K | | |
| 94. | | | | | Buy | 10/24 | K | | |
| 95. | | | | | Buy (add'l) | 10/27 | K | | |
| 96. | | | | | Buy (add'l) | 11/3 | J | | |
| 97. | | | | | Sold | 11/11 | K | | |
| 98.   Manitowoc Company Inc | | None | | | Sold | 1/16 | K | | |
| 99.   Masimo Corp | | None | | | Buy (add'l) | 1/22 | J | | |
| 100. | | | | | Buy (add'l) | 1/25 | J | | |
| 101. | | | | | Sold (part) | 2/08 | J | | |
| 102. | | | | | Sold | 2/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MEMC Electronic Materials | | None | | | Buy (add'l) | 1/16 | J | | |
| 104. | | | | | Buy (add'l) | 1/24 | J | | |
| 105. | | | | | Buy (add'l) | 1/28 | J | | |
| 106. | | | | | Buy (add'l) | 3/27 | J | | |
| 107. | | | | | Sold (part) | 4/18 | J | | |
| 108. | | | | | Sold (part) | 4/22 | J | | |
| 109. | | | | | Sold (part) | 4/23 | K | | |
| 110. | | | | | Sold | 4/28 | K | | |
| 111. Occidental Petroleum Corp | A | Dividend | | | Buy | 5/7 | J | | |
| 112. | | | | | Buy (add'l) | 6/3 | J | | |
| 113. | | | | | Buy (add'l) | 6/18 | J | | |
| 114. | | | | | Sold | 7/3 | J | | |
| 115. Open Joint STock Company ADRF | A | Dividend | | | Buy (add'l) | 1/16 | J | | |
| 116. | | | | | Sold | 5/1 | K | | |
| 117. Petroleo Brasileiro | A | Dividend | | | Buy | 1/3 | J | | |
| 118. | | | | | Buy (add'l) | 1/16 | J | | |
| 119. | | | | | Buy (add'l) | 2/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 2/8 | J | | |
| 121. | | | | | Buy (add'l) | 2/29 | J | | |
| 122. | | | | | Buy (add'l) | 3/4 | J | | |
| 123. | | | | | Buy (add'l) | 3/26 | J | | |
| 124. | | | | | Buy (add'l) | 4/16 | J | | |
| 125. | | | | | Buy (add'l) | 4/23 | J | | |
| 126. | | | | | Buy (add'l) | 5/1 | J | | |
| 127. | | | | | Buy (add'l) | 7/10 | J | | |
| 128. | | | | | Sold (part) | 7/18 | J | | |
| 129. | | | | | Sold | 7/24 | K | | |
| 130. Precision Castparts Corp | A | Dividend | | | Buy (add'l) | 1/22 | J | | |
| 131. | | | | | Buy (add'l) | 1/28 | J | | |
| 132. | | | | | Buy (add'l) | 2/8 | J | | |
| 133. | | | | | Buy (add'l) | 2/25 | J | | |
| 134. | | | | | Sold (part) | 3/13 | J | | |
| 135. | | | | | Sold | 3/24 | K | | |
| 136. Research in Motion Ltd | | None | | | Buy | 10/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 10/7 | K | | |
| 138. Quintana Maritime | | None | | | Sold | 1/16 | J | | |
| 139. Southern Copper Corp | | None | | | Sold | 1/16 | J | | |
| 140. Schlumberger Ltd | A | Dividend | | | Buy | 1/18 | J | | |
| 141. | | | | | Sold | 3/4 | J | | |
| 142. CIA Siderurgica SPN ADRF | A | Dividend | | | Buy | 4/10 | J | | |
| 143. | | | | | Buy<br>(add'l) | 4/23 | J | | |
| 144. | | | | | Buy<br>(add'l) | 5/1 | J | | |
| 145. | | | | | Buy<br>(add'l) | 5/2 | J | | |
| 146. | | | | | Sold | 7/2 | K | | |
| 147. Terra Industries Inc | A | Dividend | | | Buy<br>(add'l) | 1/16 | J | | |
| 148. | | | | | Buy<br>(add'l) | 2/27 | J | | |
| 149. | | | | | Buy<br>(add'l) | 2/29 | J | | |
| 150. | | | | | Buy<br>(add'l) | 3/04 | J | | |
| 151. | | | | | Buy<br>(add'l) | 4/2 | J | | |
| 152. | | | | | Buy<br>(add'l) | 4/16 | J | | |
| 153. | | | | | Sold<br>(part) | 5/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 5/8 | J | | |
| 155. | | | | | Buy (add'l) | 5/21 | J | | |
| 156. | | | | | Buy (add'l) | 7/24 | J | | |
| 157. | | | | | Buy (add'l) | 7/25 | J | | |
| 158. | | | | | Buy (add'l) | 8/4 | J | | |
| 159. | | | | | Sold | 9/4 | K | | |
| 160. Thornburg Mortgage Inc | | None | | | Buy | 3/6 | J | | |
| 161. | | | | | Buy (add'l) | 3/7 | J | | |
| 162. | | | | | Buy (add'l) | 3/11 | J | | |
| 163. | | | | | Buy (add'l) | 3/12 | J | | |
| 164. | | | | | Buy (add'l) | 3/13 | J | | |
| 165. | | | | | Sold (part) | 5/1 | J | | |
| 166. | | | | | Sold | 6/13 | J | | |
| 167. Transocean Inc | | None | | | Buy (add'l) | 1/29 | J | | |
| 168. | | | | | Buy (add'l) | 2/1 | J | | |
| 169. | | | | | Buy (add'l) | 2/21 | J | | |
| 170. | | | | | Sold | 3/24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Yahoo Inc | | None | | | Buy | 2/11 | K | | |
| 172. | | | | | Sold (part) | 2/27 | J | | |
| 173. | | | | | Sold | 3/4 | J | | |
| 174. | | | | | | | | | |
| 175. Herrera, Long, Pound & Komer Profit Sharing Plan | A | Distribution | K | T | | | | | |
| 176. Bank of America Profit SharingPlan | A | Interest | J | T | | | | | |
| 177. Ameriprise Financial RVS Large Cap Equity Fund | | None | K | T | | | | | |
| 178. NW Mutual Life Ins. ███ | | None | K | T | | | | | |
| 179. NW Mutual Life Ins. ███ | | None | L | T | | | | | |
| 180. NW Mutual Life Ins. ███ | | None | L | T | | | | | |
| 181. NW Mutual Life Ins. ███ | | None | L | T | | | | | |
| 182. Fidelity Select Teleco | | None | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. ING Life Ins & Annuity Co ███ | F | Distribution | | | Distributed | 7/22 | L | | |
| 185. Ameriprise Financial RVS Large Cap Equity Fund ███ | | None | J | T | | | | | |
| 186. NW Mutual Variable Extra Ordinary Life ███ ███ | | None | K | T | | | | | |
| 187. NW Mutual Variable Extra Ordinary Life ███ ) ███ | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Herrera, Judith C. | - | 03/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NW Mutual Variable Extra Ordinary Life ▆▆▆ ▆▆▆ | | None | J | T | | | | | |
| 189. Long, Pound & Korner Profit Sharing Plan (RVS Large Cap) | D | Distribution | | | Distributed | 2/04 | J | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 03/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544